```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 12-81134-CIV-COHN
                              MAGISTRATE JUDGE P.A. WHITE

JUAN PEREZ,                   :

     Plaintiff,               :

v.                            :  AMENDMENT TO PRIOR REPORT OF
                                    MAGISTRATE JUDGE (DE#17)
RICK BRADSHAW,                :

     Defendant.               :
_____
```

In the Prior Report of the Magistrate Judge (DE#17), the second recommendation (2) was the plaintiff would be granted an an extension of three weeks, to on or before April 29, 2013, to conduct proper discovery and file a proper proposed amended complaint with the Court, naming a specific defendant who allegedly failed to provide adequate dental treatment.

Review of this recommendation reveals that a date certain cannot be entered in the Report and Recommendation without allowing the plaintiff time to object.  Therefore, recommendation (#2) should read as follows:

The plaintiff should be granted an extension of time to conduct proper discovery and file a proper proposed amended complaint with

the Court, naming a specific defendant who allegedly failed to provide adequate dental treatment.

Objections to this Report may be filed within fourteen days following receipt.

Dated at Miami, Florida, this 12th day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Juan F. Perez, Pro Se
      Palm Beach County Jail
      Address of record

      Attorney of record