```
                           UNITED STATES DISTRICT COURT
                           SOUTHERN DISTRICT OF FLORIDA

                           CASE NO. 12-81134-CIV-COHN
                           MAGISTRATE JUDGE P.A. WHITE
JUAN F. PEREZ,             :

     Plaintiff,            :

v.                         :     REPORT OF
                                 MAGISTRATE JUDGE
RIC BRADSHAW,              :       (DE#19)

     Defendant.            :
_____
```

The plaintiff filed a pro se civil rights complaint pursuant to 42 U.S.C. §1983, claiming the denial of dental floss and dental treatment, as well as violation of his bodily privacy, violated his constitutional rights.

This Cause is before the Court upon the Defendant Sheriff's Motion to Dismiss with prejudice pursuant to Rule 12(b), for lack of subject matter jurisdiction. (DE#19)

The plaintiff filed his complaint while incarcerated in the Palm Beach County Jail. The defendant refers to the Palm Beach County Sheriff's Officer Release Receipt Report, supported by Exhibit A, indicating that the plaintiff was released to the Department of Corrections on April 1, 2013.

The plaintiff sought solely injunctive relief. The plaintiff has been released, and his claims are now moot; Smith v Allen, 502 F.3d 1255, 1267 (11 Cir. 2007); Spears v Thigpen 846 F.2d 1327 (11 Cir. 1988)(Release or transfer of inmate generally moots claims for injunctive relief).

The plaintiff failed to file a change of address with the Court, despite an Order of Instructions to Pro-Se Litigants, cautioning dismissal for failure to update his address with the Court.

It is therefore recommended that the defendant's Motion to Dismiss (DE#19) be granted and the complaint be dismissed with prejudice as moot, and for lack of subject matter jurisdiction.

Objections to this Report may be filed with the United States District Judge within fourteen days following receipt of the report.

Dated this 6th day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Juan F. Perez, Pro Se
    #0162605
    Palm Beach County Jail
    (Last known Address of Record)

    Attorney of record