UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-81134-CIV-COHN/WHITE

JUAN F. PEREZ,

    Plaintiff,

v.

RIC BRADSHAW,

    Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** is before the Court upon the Report of Magistrate Judge [DE 22] ("Report"), filed by United States Magistrate Judge Patrick A. White, concerning Defendant's Motion to Dismiss, with Prejudice, for Lack of Subject Matter Jurisdiction [DE 19] ("Motion to Dismiss"). The Court notes that no objections have been filed, and the time for doing so has passed. Nonetheless, pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of the record herein, including the Report and Motion to Dismiss, and is otherwise advised in the premises.

On October 15, 2012, Plaintiff Juan F. Perez brought this action against Defendant Ric Bradshaw, alleging inadequate dental treatment and violation of privacy, seeking solely injunctive relief. See DE 1. At the time, Plaintiff was incarcerated in the Palm Beach County Jail. See id. at 3. On April 1, 2013, he was released to the Department of Corrections. DE 19-1. Because Plaintiff seeks solely injunctive relief, and he has been released from Defendant's custody, his claims are now moot. See Smith v. Allen, 502 F.3d 1255, 1267 (11th Cir. 2007) ("The general rule in our circuit is

that a transfer or a release of a prisoner from prison will moot that prisoner's claims for injunctive and declaratory relief."). In the instant Report, Judge White recommends dismissing Plaintiff's claims as moot and for lack of subject-matter jurisdiction. Upon review of the Report and the record in this case, the Court agrees with Judge White's analysis and recommendations. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report of Magistrate Judge [DE 22] is **ADOPTED**;

2. Defendant's Motion to Dismiss, with Prejudice, for Lack of Subject Matter Jurisdiction [DE 19] is **GRANTED**;

3. The instant action is **DISMISSED with prejudice**; and

4. All other pending motions are **DENIED AS MOOT**, and the Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of May, 2013.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF